1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
9                   AT SEATTLE

10    D.S.,                                    CASE NO. C20-5140 MJP

11                    Plaintiff,               MINUTE ORDER

12         v.

13    BAINBRIDGE ISLAND SCHOOL
      DISTRICT,
14
                      Defendant.
15

16          The following minute order is made by the direction of the court, the Honorable Marsha

17    J. Pechman, United States District Judge:

18          The Court has reviewed Plaintiff's Opening Brief, which Plaintiff noted for decision on

19    March 18, 2021. The Court had previously set a briefing schedule, which it amends as follows:

20    Defendant's response to Plaintiff's Opening Brief shall be due by no later than March 5, 2021

21    and Plaintiff's reply, if any, shall be due by no later than March 18, 2021.

22          \\

23          \\

24

The clerk is ordered to provide copies of this order to all counsel.

Filed February 17, 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk