Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.S. and P.S., parents of P.S., a minor,<br><br>                         Plaintiffs,<br><br>    v.<br><br>BAINBRIDGE ISLAND SCHOOL DISTRICT,<br><br>                         Defendant. | No. 3:20-cv-05140<br><br>STIPLUATED MOTION AND ORDER EXTENDING DEADLINES SET FORTH IN ORDER GRANTING PETITION FOR JUDICIAL REVIEW<br><br>NOTED FOR CONSIDERATION:<br>JUNE 4, 2021 |

Pursuant to LR 7(d)(1), Plaintiffs, D.S. and P.S. ("Plaintiffs") and Defendant, Bainbridge Island School District ("District"), by and through their attorneys, hereby stipulate as follows and jointly request that the Court enter an order accordingly.

**I. STIPULATED MOTION TO EXTEND DEADLINES**

1. On May 19, 2021, the Court entered an Order Granting Petition for Judicial Review ("Order"). Dkt. # 22. In the Order, the Court ordered the parties to meet and confer to discuss how to structure the Court's award of compensatory education services and to provide their proposed solution to the Court within 30 days of entry of the Order.

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 1
Cause No. 3:20-cv-05140

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

2. In the Order, the Court further ordered Parents to file a motion for attorneys' fees within 21 days of entry of the Order.

3. Since entry of the Order, new counsel has been substituted in this matter on behalf of the District. The District's new counsel appeared on the same day this stipulated motion was filed.

4. To allow the District's new counsel sufficient time to review this matter and confer with Parents' counsel, the parties jointly move the Court to extend the deadlines set forth in the Order for three weeks from the date of this stipulated motion, which is June 25, 2021. This request is made for good cause to allow the parties to address these matters with the District's new counsel.

DATED this 4th day of June, 2021.

| PACIFICA LAW GROUP LLP<br><br>By /s/ Sarah C. Johnson<br>　　Sarah C. Johnson, WSBA #34529<br>Attorneys for Defendant Bainbridge Island School District | JOHNSTON GEORGE LLP<br><br>By /s/ Katherine A. George<br>　　Katherine A. George, WSBA #36288<br>Attorneys for Plaintiffs |
|---|---|
| VANDEBERG JOHNSON & GANDARA<br><br>By /s/ Daniel C. Montopoli<br>　　William A. Coats, WSBA #4608<br>　　Daniel C. Montopoli, WSBA # 26217<br>Attorneys for Defendant Bainbridge Island School District | |

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 2

Cause No. 3:20-cv-05140

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

## II. ORDER

The parties' Stipulated Motion set forth above is **GRANTED**.

The Court further **ORDERS** that the deadline for the parties to meet and confer to discuss how to structure the Court's award of compensatory education services and to provide their proposed solution to the Court is extended to June 25, 2021.

The Court further **ORDERS** that the deadline for Parents' motion for attorneys' fees is extended to June 25, 2021.

DATED this 7th day of June, 2021.

*[signature]*

HONORABLE MARSHA J. PECHMAN
United States Senior District Judge

STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 3
Cause No. 3:20-cv-05140

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750