Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| D.S. and P.S., parents of P.S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>BAINBRIDGE ISLAND SCHOOL DISTRICT,<br><br>Defendant. | No. 3:20-cv-05140<br><br>STIPULATION AND ORDER RESOLVING REMEDIES AND FOR DISMISSAL OF CASE |

This matter comes before the Court on Plaintiffs D.S., P.S. and P.S.'s ("Plaintiffs'") and Defendant Bainbridge Island School District's (the "District's") Stipulation Resolving Remedies and for Dismissal of Case ("Stipulation").

**I. STIPULATION**

Per the Court's Order Granting Petition for Judicial Review, Dkt. # 22 ("Order"), counsel for Plaintiffs and the District met and conferred regarding how to structure the Court's award of compensatory education services, as well as to resolve Plaintiffs' request for attorneys' fees. Plaintiffs and the District agree to resolve both the compensatory education award and Plaintiffs' attorneys' fee demand for a payment to Plaintiffs in the amount of $30,000.00. This amount includes funds for Plaintiffs to obtain private compensatory education services in

STIPULATION AND ORDER - 1
Cause No. 3:20-cv-05140

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

satisfaction of the Court's Order. The District and Plaintiffs request that the Court enter the following proposed order adopting the parties' agreed resolution and dismissing Plaintiffs' case.

## II. ORDER

Based on the foregoing stipulation, the Court adopts the parties agreed resolution of Plaintiffs' entitlement to compensatory education and attorneys' fees, orders the District to pay $30,000 to the Plaintiffs, and dismisses this matter with prejudice.

SO ORDERED this 23rd day of June, 2021.

*[signature]*

Honorable Marsha J. Pechman
United States Senior District Judge

Presented by:

PACIFICA LAW GROUP LLP

*/s/ Sarah Johnson*
Sarah C. Johnson, WSBA #34529
*Attorneys for Bainbridge Island School District*

JOHNSTON GEORGE LLP

*/s/* Katherine A. George
Katherine A. George, WSBA #36288
*Attorneys for Plaintiffs*

STIPULATION AND ORDER - 2
Cause No. 3:20-cv-05140

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750